IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00635-RPM-MEH

FRED LEE ADAMS,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY, a New York corporation, d/b/a GE MONEY AMERICAS, d/b/a GE MONEY BANK, and
LOWES COMPANIES, INC., d/b/a LOWES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 6, 2008.**

    Plaintiff's Motion to Modify Date of Pre-Scheduling Conference [Filed June 6, 2008; Docket #4] is **granted**. The Rule 26(f) pre-scheduling conference is to occur on or before June 20, 2008.