IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00635-RPM-MEH

FRED LEE ADAMS,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY, a New York corporation, d/b/a GE MONEY AMERICAS, d/b/a GE MONEY BANK, and
LOWES COMPANIES, INC., d/b/a LOWES,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 14, 2008.**

    Plaintiff's Unopposed Motion to Modify Scheduling Order to Change Date for Exchange of Rule 26(a)(1), FRCP Disclosures [Filed July 11, 2008; Docket #14] is **granted**. Rule 26(a)(1) disclosures are to be exchanged on or before July 25, 2008.