IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00635-RPM-MEH

FRED LEE ADAMS,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY, a New York cororation
d/b/a GE MONEY AMERICAS,
d/b/a GE MONEY BANK, and
LOWES COMPANIES, INC., d/b/a LOWE'S,

    Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Dismissal with Prejudice [21], filed today, it is

ORDERED that this action is dismissed with prejudice.

DATED: July 31st, 2008

    BY THE COURT:

    s/Richard P. Matsch

    _____
    Richard P. Matsch, Senior Judge